# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-30372 |
| REBECCA SUE MCGHEE<br>SSN: XXX-XX-1498 | CHAPTER 7 |
| | JUDGE RICHARD L. SPEER |
| | ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT<br>(Real Property located at 247 Windsor Street, Marion, OH 43302 ) |

This matter came to be considered on the Motion for Relief from Stay and Abandonment ("the Motion") filed by U.S. Bank, N.A. ("Movant")

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns

2. The Trustee is authorized and directed to abandon such collateral.

Date: MAY 10 2010

/S/ RICHARD L. SPEER
_____
RICHARD L. SPEER
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ Erin M. Laurito
_____
Jeffrey V. Laurito (0014652)
Erin M. Laurito (0075531)
LAURITO & LAURITO, L.L.C.
PO Box 750850
Centerville, OH 45475
937-743-4878
937-743-4877 fax
Attorneys for Movant